UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CHRISTOPHER LOWRY,<br><br>　　　　Petitioner,<br>v.<br>RENE BAKER, *et al.*,<br>　　　　Respondents. | Case No. 3:18-cv-00224-MMD-VPC<br><br>ORDER |

Respondents' motion for enlargement of time (ECF No. 7) is granted. Respondents will have until September 20, 2018, to file an answer or otherwise respond to the petition for writ of habeas corpus in this case.

DATED THIS 23rd day of July 2018.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE