UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

CHRISTOPHER LOWRY,

Petitioner,

v.

RENE BAKER, *et al.*,

Respondents.

Case No. 3:18-cv-00224-MMD-CBC

ORDER

Good cause appearing, Respondents' second motion for enlargement of time (ECF No. 12) is granted. Respondents will have until October 4, 2018, to file their motion to dismiss the petition for writ of habeas corpus in this case.

DATED THIS 21st day of September 2018.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE